

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

*Colleen Elizabeth McGuinn*  *Suite 400*  DIRECT: 410-209-4823
*Assistant United States Attorney*  *36 S. Charles Street*  MAIN: 410-209-4800
*Colleen.McGuinn@usdoj.gov*  *Baltimore, MD 21201-3119*  FAX: 410-962-3091

June 4, 2023

The Honorable Matthew J. Maddox
United States District Court
101 W. Lombard Street
Baltimore, MD  21201

      RE:    *United States v. Eugene Edward Golden, et. al*
              Case No. MJM-22-414

Dear Judge Maddox:

    I am writing to comply with the Court's request of a joint status report in the above captioned case.  At this time, I have been in contact with all of the attorneys with regard to ongoing discovery and related issues.   I have emailed or called each to confirm consent regarding the below information, and it is my understanding that the following status letter is a correct reflection of the case status.

    Therefore, government states the following as to the issues of discovery and potential hearing and trial dates, and defers to defense counsel to correct this information as needed:

    The government has provided discovery to counsel, and continues to forward anything else as it become available.  Communication has been ongoing, and one matter (Dunbar) has or will soon be resolved by way of a plea agreement.  All other defendants have at least been in contact about informal offers and continue to discuss this matter with the government.

    The government proposes setting another status update in sixty days to allow all defense counsel to continue to discuss potential outcomes with the government.  The government has asked to toll speedy trial for that time period as well.  The government will continue to speak with each individual counsel during this time frame to ascertain any proposed resolutions or the need for hearings and trial dates.   At this time, none of the parties wish to obtains motions or trial dates from chambers.

    I was able to communicate via email with Mr. Madiou (Lopez), Mr. Molina (Miller), Ms. Reamy (Dunbar), and Mr. Burnham (Hines).  I have their consent regarding the above information.

        Very truly yours,

        Erek L. Barron
        United States Attorney

By: _____
        Colleen Elizabeth McGuinn
        Assistant United States Attorney