IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>EUGENE EDWARD GOLDEN | CASE NO:  MJM-22-414 |

**GOVERNMENT'S SENTENCING MEMORANDUM IN SUPPORT**
**OF A SENTENCE OF 90 YEARS FOR EUGENE EDWARD GOLDEN**

For at least a three-year period, Eugene Edward Golden caused the sexual exploitation and abuse of dozens of children, including the twelve victims in this Second Superseding Indictment, who range from ages 1 to 13 years old.  Golden took advantage of these ▓▓▓▓▓▓▓ ▓▓▓▓▓▓ – sensing their weaknesses and using these women to serve up ▓▓▓▓▓ children on a silver platter for his own selfish sexual predilections.

"You want to fuck these asses you pedophile freak bitch?  You want us?"

"Happy Birthday Mr. Prince"

"Say hi Mr. Prince."

"Do you like this ass Mr. Prince?"

"You like this Mr. Prince?  You nasty motherfucker, better have my money."

"Please fuck my little girl in the ass."

"Like this ass Prince?  This chocolate ass?  Come eat this ass Prince."

"Yeah Prince, who would want to see these young kids' assholes?  So nasty."

The above are quotes from the women in this case while exploiting ▓▓ children at Golden's behest.  All of these women knew to call Golden by his self-given moniker, "Prince," and all of them knew to say certain phrases, or have the children say certain phrases, because Golden was orchestrating the sexual abuse of these children.  Golden promised to pay these women

1

for saying these vile things while recording their conduct with the children, and then sending the files to Golden.  In most cases, Golden <u>never</u> sent money.

Golden sought out his child victims primarily through these women who were advertising themselves as sex workers – women, now co-defendants, who were: drug addicted, abuse victims themselves, had deplorable self-esteem, and/or battling severe mental health issues.  While each and every female made their own criminal choice to exploit their children, it is Golden who planted the idea, inspired their undertakings, provided their words, and choreographed these deplorable acts.

The United States of America respectfully recommends that Eugene Edward Golden be sentenced to 90 years imprisonment followed by lifetime supervised probation for his pervasive sexual exploitation of children. As discussed below, the statutory sentencing requirements for the crimes charged in this case mandate a sentence of no less than 15 and no more than 90 years. Consideration of the sentencing factors enumerated in Title 18, United States Code, Section 3553(a) also recommend a significant prison sentence to protect the public from the Defendant, to reflect the seriousness of the Defendant's offenses, and to deter the Defendant, who exploited the most vulnerable children for his sexual desires.  In short, the only just sentence is a substantial period of incarceration, reflecting the seriousness of each of the Defendant's disturbing and ongoing criminal offenses.

## I.   BACKGROUND

On March 21, 2024, the Defendant pled guilty to Counts One, Two, and Thirty-Three of the Second Superseding Indictment, each charging him with Sexual Exploitation of a Child, in violation of 18 U.S.C. § 2251(a).  The sentencing hearing on this matter is scheduled for October 21, 2024 at 3:00 p.m.  United States Probation Officer Carissa J. Perez prepared the Presentence

Report (PSR), which provides for a final offense level of 43, a criminal history category I, and an advisory guidelines of 90 years imprisonment. The Government agrees with the guideline calculation in the Pre-Sentence Report (ECF 219).

     A. **Facts of the Offense**

The facts in this case are truly disturbing and reflect the danger that the Defendant poses to the public, and to children in particular. On March 21, 2024, during the guilty plea hearing, the Defendant, under oath, admitted that the following facts were true:

**Edna Lopez/Minor Victim 1 & 2**
Group Two, Three, Thirteen to Twenty, & Fifty-Three
Sexual Exploitation of a Child, Receipt of Child Pornography, Child Sex Trafficking
(Counts 2-11, 22-31, & 32)

Co-Defendant Lopez was arrested on December 15, 2022, in Baltimore, Maryland. During her Mirandized interview, Lopez stated she first met the Defendant, who she called "Prince," on a social medial platform called Tagged. The Defendant requested that she produce images of children, and he instructed her on what to depict and say during the videos. The Defendant promised her payment in exchange for the videos, and the Defendant sent her $40 via CashApp. Lopez produced videos using Minor Victim 1, who was born in April 2015 and was 5 years old; and Minor Victim 2, who was born in February 2016 and was 4 years old. During several of the video clips, Lopez instructed the children to say, "Hi Mr. Prince," and in one video she and the children sang, "Happy Birthday" to "Mr. Prince." Lopez sent the videos to the Defendant via her cell phone.

The following video files of Lopez with Minor Victim 1 and Minor Victim 2 were found in the Defendant's Google account "darksideofprince:"

| Count | Date | Details |
|---|---|---|
| 2, 22 | May 2, 2020 | a video file, titled and partially titled, "da82518b," depicting Minor Victim 1's and Minor Victim 2's exposed anuses. |
| 3, 23 | May 3, 2020 | a video file, titled and partially titled, "ef75bca0," depicting Minor Victim 2's exposed anus and genitals. |
| 4, 24 | May 12, 2020 | a video file, titled and partially titled, "2b576254," depicting Minor Victim 1's anus and genitals. |

3

| Count | Date | Details |
|---|---|---|
| 5, 25 | May 12, 2020 | a video file, titled and partially titled, "73ff3ab7," depicting Minor Victim 1's anus. |
| 6, 26 | May 17, 2020 | a video file, titled and partially titled, "25de74e1," depicting Minor Victim 1 and Minor Victim 2's exposed anus and genitals. |
| 7, 27 | May 20, 2020 | A video file, titled and partially titled, "cf65d5fc," depicting Minor Victim 1's and Minor Victim 2's exposed anus and genitals. |
| 8, 28 | September 28, 2020 | a video file, titled and partially titled, "ee200b23," depicting Minor Victim 1's anus |
| 9, 29 | September 28, 2020 | a video file, titled and partially titled, "6df2ca6d," depicting Minor Victim 1's anus |
| 10, 30 | October 15, 2020 | A video file, titled and partially titled, "9b61f692," depicting **LOPEZ** digitally penetrating the anus of Minor Victim 1. |
| 11, 31 | October 15, 2020 | A video file, titled and partially titled, "c3059101," depicting **LOPEZ** inserting a purple vibrator into the anus of Minor Victim 1. |

**Crystal Olivia Wright/Minor Victim 3**
Groups: Four to Seven, Twenty-One to Twenty-Six, & Fifty-Four
Sexual Exploitation of a Child, Receipt of Child Pornography, Child Sex Trafficking
(Counts 33-42, 53-62, & 63))

Co-Defendant Wright was arrested on January 26, 2023, in Jackson, Mississippi. During her Mirandized interview, Wright stated she first met the Defendant, who she knew as "Prince," through online ads for commercial sex. The Defendant and Wright began to communicate through Kik, and the Defendant offered to send Wright money if she took sexually explicit images of a child, Minor Victim 3, who was born in June 2014 and was 7 years old. The Defendant received the videos but never actually compensated Wright. During several of the video clips, Wright says "Come eat this ass with me, Prince," or similar statements. Wright sent the videos to the Defendant using her cell phone.

The following video files of Wright and Minor Victim 3 were found in the Defendant's Google account "darksideofprince" and were created no later than May 26, 2022:

4

| Count | Details |
|---|---|
| 33, 53 | a video file, titled and partially titled, "received_529183," depicting Minor Victim 3's exposed genitals. |
| 34, 54 | a video file, titled and partially titled, "received_561808," depicting Minor Victim 3's exposed genitals. |
| 35. 55 | a video file, titled and partially titled, "received_697701," depicting Minor Victim 3's exposed anus and genitals, and **WRIGHT** spitting on and rubbing Minor Victim 3's genitals. |
| 36, 56 | a video file, titled and partially titled, "received_138274," depicting **WRIGHT** licking Minor Victim 3's exposed genitals. |
| 37, 57 | a video file, titled and partially titled, "received_490942," depicting **WRIGHT** rubbing Minor Victim 3's exposed anus. |
| 38, 58 | a video file, titled and partially titled, "received_386504," depicting Minor Victim 3's exposed anus and genitals. |
| 39, 59 | a video file, titled and partially titled, "received_703786," depicting Minor Victim 3's exposed genitals. |
| 40, 60 | a video file, titled and partially titled, "received_529253," depicting Minor Victim 3's exposed anus and genitals. |
| 41, 61 | a video file, titled and partially titled, "received_716460," depicting Minor Victim 3's exposed anus and genitals, and **WRIGHT** rubbing her fingers on Minor Victim 3's anus. |
| 42, 62 | a video file, titled and partially titled, "received_987446," depicting Minor Victim 3's exposed genitals. |

**April Denise Dunbar/Minor Victims 4, 5, 6, 7 & 8**
Groups: Eight to Ten, Twenty-Seven to Thirty-Three, & Fifty-Five
Sexual Exploitation of a Child,  Receipt of Child Pornography, Child Sex Trafficking
(Counts 64-73, 84-93, & 94)

Co-Defendant Dunbar was arrested on January 28, 2023, in Memphis, Tennessee.  During her Mirandized interview, Dunbar stated she was contacted by the Defendant, who she knew as

"Mr. Prince," through prostitution ads.  The Defendant told Dunbar he wanted to obtain videos of children.  The Defendant sent Dunbar an example video of a woman with a baby, so she understood the videos he wanted her to produce.  The Defendant offered Dunbar $3,000 in exchange for each video Dunbar created.  The children Dunbar used in the videos at the Defendant's behest were: Minor Victim 4, born in June 2017 and was 4 years old; Minor Victims 5 & 6, twins born in February 2015 and were 6 years old; Minor Victim 7, born in May 2013 and was 8 years old; and Minor Victim 8, born in March 2008 and was 13 years old.  During several of the video clips, Dunbar says, "You like this Mr. Prince, do you like this ass Mr. Prince?" or similar statements.  Dunbar sent the videos to the Defendant via her cell phone.

The following video files of Dunbar and Minor Victims 4, 5, 6, 7 and 8 were found in the Defendant's Google account, "darksideofprince:"

| Count | Date | Details |
|---|---|---|
| 64, 84 | July 7, 2021 | a video file, titled and partially titled, "06a08a51," depicting Minor Victim 8's exposed anus and genitals. |
| 65, 85 | July 14, 2021 | a video file, titled and partially titled, "f06b9d19," depicting the exposed genitals and anuses of Minor Victim 4, Minor Victim 6 and Minor Victim 8. |
| 66, 86 | July 14, 2021 | a video file, titled and partially titled, "39228a21," depicting the exposed anuses and genitals of Minor Victim 4, Minor Victim 5, Minor Victim 6, Minor Victim 7 and Minor Victim 8. |
| 67, 87 | July 14, 2021 | a video file, titled and partially titled, "53a4443f," depicting Minor Victim 4's exposed anus, and the genitals of Minor Victim 4, Minor Victim 5, Minor Victim 6 and Minor Victim 7. |
| 68, 88 | July 14, 2021 | a video file, titled and partially titled, "6576d532," depicting the exposed genitals and anuses of Minor Victim 5, Minor Victim 6, Minor Victim7 and Minor Victim 8. |
| 69, 89 | July 17, 2021 | a video file, titled and partially titled, "1d075716," depicting Minor Victim 4's exposed genitals, and **DUNBAR** licking Minor Victim 4's penis. |
| 70, 90 | July 17, 2021 | a video file, titled and partially titled, "5e2116b9," depicting Minor Victim 4's exposed genitals, and **DUNBAR** licking Minor Victim 4's penis. |
| 71, 91 | July 17, 2021 | a video file, titled and partially titled, "9d9f59a," depicting Minor Victim 8's exposed anus and genitals, and **DUNBAR** putting her mouth on Minor Victim 8's genitals. |
| 72, 92 | July 17, 2021 | a video file, titled and partially titled, "ab444e31," depicting Minor Victim 5's exposed genitals and anus. |

6

| Count | Date | Details |
|---|---|---|
| 73, 93 | January 16, 2022 | a video file, titled and partially titled, "5d53ee9c," depicting Minor Victim 5's exposed genitals and anus. |

### Quanita Saquia Kellie Hines/Minor Victims 9 & 10
### Groups: Thirty-Four to Forty-One, & Fifty-Six
### Sexual Exploitation of a Child, Receipt of Child Pornography, Child Sex Trafficking
### (Counts 95-102, 111-118, & 119)

Co-Defendant Hines was arrested on March 29, 2023 in Baltimore, Maryland. During her Mirandized interview, Hines met the Defendant through her online ad for commercial sex on megapersonals. The Defendant told Hines he wanted videos of children, and he sent her a screenshot of his bank account to show her he would pay her $3,000. The Defendant told Hines what he wanted depicted in the videos and what he wanted Hines to say. Hines created the videos using: Minor Victim 9, born in August 2018 and was 1 years old; and Minor Victim 10, born in June 2014 and was 5 years old. During several of the video clips Hines says, "Yeah Prince, you want to see some young kids' assholes?" or similar statements. Hines sent the videos to the Defendant via her cell phone.

The following videos of Hines and Minor Victim 9 and Minor Victim 10 were found in the Defendant's Google account, "darksideofprince," and were created on or before November 3, 2019:

| Count | Details |
|---|---|
| 95, 111 | a video file, titled, "Mine14," depicting Minor Victim 10's exposed anus and genitals. |
| 96, 112 | a video file, titled and partially titled, "Mine21," depicting Minor Victim 10's exposed anus. |
| 97, 113 | a video file, titled, "Mine25," depicting the exposed anus and genitals of Minor Victim 9. |
| 98, 114 | a video file, titled, "Mine27(1)," depicting Minor Victim 9's exposed anus and genitals. |
| 99, 115 | a video file, titled, "Mine35," depicting the exposed anus and genitals of Minor Victim 9. |

7

| Count | Details |
|---|---|
| 100, 116 | a video file, titled, "Mine48," depicting Minor Victim 10's genitals. |
| 101, 117 | a video file, titled, "Mine," depicting Minor Victim 10's exposed anus and genitals. |
| 102, 118 | a video file, titled, "Mine2," depicting Minor Victim 9's exposed genital and anus. |

**Marianne Raquel Miller/Minor Victim 11**
Groups: Forty-Two to Fifty, & Fifty-Seven
Sexual Exploitation of a Child, Receipt of Child Pornography, Child Sex Trafficking
(Counts 120-128, 138-146, & 147)

Co-Defendant Miller was arrested on June 23, 2023 in Woodbridge, Virginia. During her Mirandized interview, Miller stated she met the Defendant through online ads for commercial sex on megapersonals. The Defendant told her he would send her money in exchange for explicit images and videos of children; he offered her $1000-$2000 in payment, but Miller never actually received any of the money. The Defendant sent Miller a video of a child as an example of what he wanted her to depict. Miller created the videos using her child, Minor Victim 11 who was born in 2019 and approximately 1 years old. During several of the video clips, Miller said "You want to fuck this ass Gene, you know you want to eat this ass," or similar statement. Miller sent the videos to the Defendant via her cell phone.

The following videos of Miller and Minor Victim 11 were found in the Defendant's Google account, "darksideofprince," and were created on or before December 13, 2020:

| Count | Details |
|---|---|
| 120, 138 | a video file, titled and partially titled, "5fd6388cd," depicting Minor Victim 11's exposed anus and genitals. |
| 121, 139 | a video file, titled and partially titled, "5fd639569b," depicting Minor Victim 11's exposed genitals and anus. |
| 122, 140 | a video file, titled and partially titled, "9d20c474," depicting the exposed anus and genitals of Minor Victim 11. |

8

| Count | Details |
|---|---|
| 123, 141 | a video file, titled and partially titled, "a9426eae," depicting Minor Victim 11's exposed anus and genitals. |
| 124, 142 | a video file, titled and partially titled, "1bd41fae," depicting Minor Victim 11's exposed anus and genitals. |
| 125, 143 | a video file, titled and partially titled, "1035c8a0," depicting Minor Victim 11's exposed anus and genitals |
| 126, 144 | a video file, titled and partially titled, "d52645bf," depicting Minor Victim 11's exposed genital and anus. |
| 127, 145 | a video file, titled and partially titled, "e8fa8db7," depicting Minor Victim 11's genitals and anus |
| 128, 146 | a video file, titled and partially titled, "11eb2e28," depicting Minor Victim 11's exposed genital and anus. |

**Ocean Sun Searay Mahone/Minor Victim 12**
Groups:  Eleven and Twelve, Fifty-One, Fifty-Two, & Fifty-Eight
Sex Trafficking of a Child, Receipt of Child Pornography, Child Sex Trafficking
(Counts 148-151, 156-159, & 160)

Co-Defendant Mahone was arrested on June 21, 2023, in Upper Marlboro, Maryland. During her Mirandized interview, Mahone stated that she met the Defendant through her online ads for prostitution on Backpage.com.  The Defendant offered Mahone $1000 if she would take videos of children, specifically children's buttocks and anuses.  Mahone created the videos using Minor Victim 12, who was born in 2018 and was one years old.  During several of the video clips, Mahone says "Don't you want to eat this ass, Prince?" or similar statements.   Mahone sent the videos to the Defendant via her cell phone.

The following videos of Mahone and Minor Victim 12 were found in the Defendant's Google account, "darksideofprince," and were created no later than October 19, 2019:

| Count | Details |
|---|---|
| 148, 156 | a video file, titled, "Mine36," depicting Minor Victim 12's exposed anus and **MAHONE** performing analingus on Minor Victim 12. |

9

| Count | Details |
|---|---|
| 149, 157 | a video file, titled, "Mine22(1)," depicting Minor Victim 12's exposed anus. |
| 150, 158 | a video file, titled, "Mine27," depicting the exposed anus and genitals of Minor Victim 12. |
| 151, 159 | a video file, titled "Mine45," depicting **MAHONE** performing analingus on Minor Victim 12. |

The Defendant commanded and induced the production of the videos described above, and were received by the Defendant, knowing and having reason to know that the images and videos would be transported and transmitted using any means and facility of interstate and foreign commerce, and the Defendant transported and transmitted the images and videos using the internet, which is a means and facility of interstate and foreign commerce. Additionally, the Defendant produced, distributed, or received the images and videos described above using a cellular phone that was manufactured outside of the United States, and was mailed, shipped, and transported in interstate and foreign commerce. The Defendant also possessed the above videos, knowing they had been shipped and transported in interstate commerce, in a Google internet-based account with the name "Nasty Nasty" and associated with the email address darksideofprince2286@gmail.com.

ECF 219, Stipulated Facts ¶¶ 11-24.

B. **Applicable Sentencing Guidelines Factors**

The Defendant's years of exploitation that comprise the instant offenses and additional agreed conduct results in a shocking *sixty-six* separate groups that compute to an offense score of 49, before any reductions. PSR, ¶ 405. The Government agrees that the Defendant is a criminal history category I. PSR ¶ 412. Because the total offense level, after acceptance of responsibility is 43,[1] the criminal history calculation has no impact on the guideline range in this case. An Adjusted Base Offense Level of 43 and any criminal history yields a guideline range of life imprisonment. Since the maximum sentence is 90 years, the guideline range is 90 years, or 1080

---

[1] The defendant's offense score after acceptance of responsibility is 51. ¶¶ 406-408. However, any offense over 43 shall be treated as a 43.

months.  PSR ¶ 444.

## II.  ARGUMENT

There are no factors that warrant a variance.  The Defendant's vast exploitation of children was disturbing and shows the worst of human nature.  The Defendant's conduct, taken with the sentencing factors set forth in 18 U.S.C. § 3553(a), demands the maximum sentence.

"In sentencing a defendant, first the district court 'shall consider ... the kinds of sentence and the sentencing range established for ... the applicable category of offense committed by the applicable category of defendant as set forth in the guidelines.' 18 U.S.C. § 3553(a)(4)(A)." Regarding sentencing, the Supreme Court states, "the Guidelines should be the starting point and initial benchmark." *Gall v. United States*, 552 U.S. 38, 49 (2007).  The Guidelines are the "natural starting point from which the sentencing court exercises its discretion under § 3553(a). *United States v. Langford*, 516 F.3d 205, 212 (3d Cir.2008).  This Court therefore "must first calculate the Guidelines range, and then consider what sentence is appropriate for the individual defendant in light of the statutory sentencing factors, 18 U.S.C. § 3553(a), explaining any variance from the former with reference to the latter." *Nelson v. United States*, 129 S. Ct. 890, 891-92 (2009).

Section 3553(a)(1) provides that, in determining a sentence, courts must consider the nature and circumstances of the offense, as well as the history and characteristics of the defendant. Additional factors outlined in section 3553(a)(2) include the need for the sentence to reflect the seriousness of the offense; to promote respect for the law; to provide just punishment for the offense; to afford adequate deterrence to criminal conduct; and to protect the public from further crimes of the defendant.  18 U.S.C. § 3553(a)(2). Another factor that Section 3553(a) considers are similar sentences for similarly situated defendants for to avoid sentence disparities.  18 U.S.C. § 3553(a)(6).  Consideration of these factors necessitates a 90-year sentence.  A mandatory

minimum, or a sentence towards the bottom or middles of the possible sentencing range, would be inconsistent with the goals of sentencing.

### A. Nature and circumstances of the offense

The nature and circumstances of the Defendant's offenses are disturbing and strongly weigh in favor of a lengthy sentence. The Defendant's conduct demonstrates that he has an unwavering sexual interest in children, and preyed on the young children ▇▇▇ and women who themselves were vulnerable and exploited. Aware of their various vulnerabilities (drugs, emotional trauma, financial distress), the Defendant manipulated the women to exploit their minor children for his deviant sexual desires. Each of these women are facing serious consequences for their own actions, and rightly so, but it is entirely likely that had they not crossed paths with the Defendant, ▇ children would not have been sexually exploited.[2] The Defendant knew full well what he was doing, seeking out his co-defendants through online prostitution websites, knowing those women were far more likely to be in a position of manipulation than women who came from stable backgrounds or higher socio-economic standing. The Defendant sent often sent his co-defendants images of cash and snapshots of his purported bank statement, making promises of several thousands of dollars in payment.

The seriousness of Defendant's manipulation and exploitation of the children cannot be overstated. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇, the Defendant collected video files, recording the sexual abuse of very young children, some still wearing diapers – the Defendant had phrases he told these women to say during the videos, as evidenced by the repetitive nature of what was said by women who did not know one another. They were told to call him "Prince" and to

---

[2] So far, two co-defendants have pled guilty and been sentenced: Ocean Sun Searay Mahone (18Y) and Crystal Wright (20Y). One co-defendant has a plea hearing scheduled for October 16, 2024. The remaining co-defendants are still pending: Edna Lopez, Marianne Miller, and Quanita Hines. Two other women, related to this investigation, are also pending: Karyngton Andrews (MJM-23-435) and Verena Mathis (MJM-24-075).

focus on the anus region of the children. In turn, the Defendant saved these videos in a Google account called, "dark side of prince." The foreshadowing of the naming this account cannot be overlooked; the images and videos within show the darkest and most depraved qualities of this Defendant who called himself "Prince."

The Defendant's illicit activities were discovered by chance: a Howard County vice detective was investigating an unrelated case involving a 15-year-old minor; in going through her phone, the detective saw solicitations to her from Golden, asking to produce videos and to find young children, ages 1 to 7, for more videos:



This detective began to investigate the phone number to identify this person, and around the same time he was able to gain some traction, NCMEC sent 8 Cybertips to the Baltimore Police Department for newly produced homemade child pornography content for a Google account:

13

darksideofprince. One Cybertip described over 350 suspected images of homemade child pornography, and a subsequent review of Defendant's Google accounts yielded and additional 500 plus files of commercially available child pornography. It took several weeks for investigators to put all of the pieces together to identify and find the Defendant. The investigation led to the successful identification of the children by a tenacious group of law enforcement members who would study these awful videos for clues as to how to trace and identify the women and ▇▇▇ the children. Despite identifying and locating approximately 15 children so far, so many others remain unknown.

### B. History and characteristics of the defendant

The Defendant has no criminal history. The Defendant had some difficulties in his childhood but managed to earn his high school diploma and maintained a steady employment history, supporting himself. The Defendant had a family, including a mom and a sister who were involved in his life. Despite this, the Defendant acted out on his sexual attraction to children for at least 5 years. He did so repeatedly, without remorse, and he caused the abuse to be recorded.

### C. Reflect the seriousness of the offense, promoting respect for the law, and provide just punishment

This Court's sentence must consider the need to "promote respect for the law." 18 U.S.C. § 3353(a)(2)(A). When Congress passed the Protection of Children against Sexual Exploitation Act of 1977, it sought to address the organized, nationwide child pornography industry that was generating millions of dollars through the exploitation of children. S. REP. 95-438, 5, 1978 U.S.C.C.A.N. 40, 42-43. The Act, which included 18 U.S.C. § 2251, was aimed at filling a void in federal law by targeting the production of materials depicting child abuse. S. REP. 95-438, 5, 1978 U.S.C.C.A.N. at 56. But the Act, and its later amendments, are more than prophylactic measures. They reflect value judgments and accepted moral norms of our society. As one Senate

Judiciary Committee report concluded: "the use of children…as the subjects of pornographic materials is very harmful to both the children and the society as a whole," describing the conduct as "outrageous." S. REP. 95-438, 5, 1978 U.S.C.C.A.N. at 43.

The Defendant's actions violated federal law, but they also transgressed every conceivable normative principle undergirding our laws. The Defendant paid women to exploit vulnerable children for his sexual pleasure. The Defendant has forever affected dozens of children who were sold and violated by their most trusted family members. This Court's sentence must express an appropriate level of social condemnation of his crimes. A sentence of 90 years will vindicate the interests of the victims and appropriately reflect the seriousness of the offense, promote respect for the law, and provide just punishment for the offense.

### D. Adequate deterrence and need to protect the public

A sentence of 90 years will likewise afford adequate deterrence to criminal conduct and protects the public from further crimes of the Defendant. The Defendant's criminal convictions and conduct demonstrates that he has been sexually attracted to minors for years and will go to great lengths to act on that desire; but for this investigation, there was no indication Golden would have stopped. The Defendant's conduct in this case demonstrates that he represents a danger to the public, particularly to children. The Defendant has manipulated, used, and exploited the victims for his own sexual gratification without concern or care for the impact of his abuse. There is a strong need to provide deterrence for any future criminal conduct and to protect the public from the Defendant's crimes.

## III. VICTIM CONSIDERATION

It is axiomatic that sexual abuse of children, particularly hands-on sexual abuse, inflicts upon its victim enormous, devastating, and long-lasting harm. That the abuse is inflicted on a

15

child adds a devastating dimension to the harm ordinarily inflicted on rape victims. As the Supreme Court explained while addressing an Eighth Amendment challenge to capital punishment for the rape of a child by her stepfather in *Kennedy v. Louisiana*:

> […] the victim's fright, the sense of betrayal, and the nature of her injuries caused more prolonged physical and mental suffering than, say, a sudden killing by an unseen assassin. The attack was not just on her but on her childhood.... Rape has a permanent psychological, emotional, and sometimes physical impact on the child. We cannot dismiss the years of long anguish that must be endured by the victim of child rape.

554 U.S. at 435 (citing various studies). Those years of anguish can include sudden school failure, unprovoked crying, dissociation, depression, insomnia, sleep disturbances, nightmares, feelings of guilt and inferiority, and self-destructive behavior, including an increased incidence of suicide. *Id*. at 468 ((Alito J., joined by Roberts, C.J., Scalia, and Thomas, JJ., dissenting). Sexually exploited children also struggle to develop healthy affectionate relationships, they suffer from sexual dysfunctions, and they have a tendency to become sexual abusers themselves. *See New York v. Ferber*, 458 U.S. 747, 758 n. 9 (1982) (citation omitted).

      The Defendant also kept a large collection of commercially available child sexual abuse materials (CSAM). Each of those children experienced the same trauma as the victims whose videos were found in "darksideofprince." Those victims and their families, in their victim impact statements (submitted on October 1, 2024), are articulate and heart-breaking in their telling of the underlying abuse that caused the images to be produced. They describe the ongoing exploitation and victimization, and the resulting shame, that they experience each and every day when the Defendant and others choose to download, trade, receive and possess documentation of the worst moments of their young lives.

      The Government asks the Court to take all the harm caused by the Defendant's conduct into consideration when determining the appropriate sentence – to the 12 victims here, the 2

victims in the other related cases, the other children who remain unidentified, and the victims of commercially available child sexual abuse materials.

IV.     CONCLUSION

The Defendant sexually exploited over 12 children during a relatively short period of time. He caused the documentation of the exploitation, and continually sought more abuse, and more recordings. The victims' and their families' lives are forever changed by the Defendant. The United States requests that this Court should sentence the Defendant to the maximum term of 90 years' imprisonment and supervised release for life.

Respectfully submitted,

Erek L. Barron
United States Attorney

By: _____
Colleen Elizabeth McGuinn
Assistant United States Attorney